## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Patrick J. Schwer                                         CHAPTER 7

<u>Debtor(s)</u>

BKY. NO. 23-20243 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2004-4, Asset-Backed Certificates, Series 2004-4 and index same on the master mailing list.

Respectfully submitted,

/s/ Brian C. Nicholas

Brian Nicholas
21 Feb 2023, 14:32:15, EST

Brian C. Nicholas, Esq. (317240)  ☑
Denise Carlon, Esq. (317226)  ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com