IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Patrick J Schwer<br>　　　Debtor, | BANKRUPTCY CASE NUMBER<br>23-20243 - GLT |
| Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2004-4, Asset-Backed Certificates, Series 2004-4<br>　　　Movant.<br>v.<br><br>Patrick J Schwer<br>　　　Debtor/Respondent,<br><br>Rosemary C. Crawford, Trustee<br>　　　Additional Respondent. | CHAPTER 7 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

　　Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2004-4, Asset-Backed Certificates, Series 2004-4, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party.  This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

                                                  Respectfully submitted,

Dated:  March 8, 2023                                 BY*:/s/Lorraine Gazzara Doyle*
                                                              Christopher A. DeNardo 78447
                                                              Lorraine Gazzara Doyle  34576
                                                              LOGS Legal Group LLP
                                                              3600 Horizon Drive, Suite 150
                                                              King of Prussia, PA 19406
                                                              (610) 278-6800
                                                              logsecf@logs.com

LLG File #: 23-068871

Case 23-20243-GLT    Doc 13    Filed 03/08/23    Entered 03/08/23 15:25:10    Desc Main
Document      Page 2 of 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Patrick J Schwer<br>    Debtor,<br><br>Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2004-4, Asset-Backed Certificates, Series 2004-4<br>    Movant.<br>v.<br><br>Patrick J Schwer<br>    Debtor/Respondent,<br><br>Rosemary C. Crawford, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>23-20243 - GLT<br><br>CHAPTER 7 |

## **CERTIFICATE OF SERVICE**

I, <u>Lorraine Gazzara Doyle</u>, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this <u>  8th  </u> day of <u>    March    </u>, 2023:

Patrick J Schwer
839 Joan Drive
North Versailles, PA 15137

Anthony M. Moody, Esquire, Moody Law Offices
90 West Chestnut
Suite 603
Washington, PA 15301-4524
amoody@moodylawoffices.com - VIA ECF

Rosemary C. Crawford, Trustee
P.O. Box 355
Allison Park, PA 15101
crawfordmcdonald@aol.com - VIA ECF

I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/Lorraine Gazzara Doyle*
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com