# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Patrick J. Schwer<br>　　　　　　　　　　　　Debtor(s)<br><br>Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2004-4, Asset-Backed Certificates, Series 2004-4<br>　　　　　　　　　　　　Movant<br>　　　　　vs.<br><br>Patrick J. Schwer<br>　　　　　　　　　　　　Respondent<br><br>Rosemary C. Crawford, (Trustee)<br>　　　　　　　　　Additional Respondent | BK NO. 23-20243 GLT<br><br>Chapter 7<br><br>Related to Document No. 21<br><br>Hearing Date: June 05, 2023<br><br>Hearing Time: 10:00am<br><br>Objection Deadline: May 18, 2023 |

## CERTIFICATE OF SERVICE OF DEFAULT ORDER GRANTING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, Brian C. Nicholas, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 25, 2023, I served the above captioned Order filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Patrick J. Schwer
839 Joan Drive
North Versailles, PA 15137

Attorney for Debtor(s)
Anthony M. Moody, Esq.
Moody Law Offices
90 West Chestnut, Suite 603
Washington, PA 15301-4524
amoody@moodylawoffices.com

Trustee
Rosemary C. Crawford
Crawford McDonald, LLC.
P.O. Box 355
Allison Park, PA 15101
crawfordmcdonald@aol.com

US Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue , suITE 970
Pittsburgh, PA 15222
Ustpregion03.pi.ecf@usdoj.gov

Method of Service: electronic means or first class mail

Dated: May 25, 2023

/s/Brian C. Nicholas
Brian C. Nicholas, Esq.
Attorney ID 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322
bnicholas@kmllawgroup.com